# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 21, 2024

Mr. Jared Kelson
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Suite 350
Washington, DC 20006

    No. 24-60219   National Relig Broadcasters v. FCC
                      USDC No. 24-18

Dear Mr. Kelson,

Counsel failed to complete the lower portion of the form.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Burke Fenerty, Deputy Clerk
                      504-310-7624