IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| NATIONAL RELIGIOUS BROADCASTERS and AMERICAN FAMILY ASSOCIATION,<br><br> *Petitioners,*<br><br>  v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br> *Respondents.* | No. 24-60219 |
| TEXAS ASSOCIATION OF BROADCASTERS,<br><br> *Petitioner,*<br><br>  v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br> *Respondents.* | No. 24-60226 |

On Petition for Review of an Order of
the Federal Communications Commission

## RESPONDENT FEDERAL COMMUNICATIONS COMMISSION'S UNOPPOSED MOTION TO CONSOLIDATE

Pursuant to Fed. R. App. P. 3(b)(2), the Federal Communications Commission moves to consolidate *National Religious Broadcasters v. FCC*, Docket No. 24-60219, and *Texas Association of Broadcasters v.*

*FCC*, Docket No. 24-60226. Both petitions seek review of the same FCC Order: Fourth Report and Order, Order on Reconsideration, and Second Further Notice of Proposed Rulemaking, *Review of the Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies*, MB Docket No. 98-204, FCC 24-18 (rel. Feb. 22, 2024). Consolidation would facilitate adoption of a common briefing schedule, and would avoid any need to file the record in more than one docket. The Commission has consulted with all parties, and no party opposes consolidation.

Dated: May 22, 2024                     Respectfully submitted,

/s/ *Rachel May*

P. Michele Ellison
   *General Counsel*

Sarah E. Citrin
   *Deputy Associate General Counsel*

Rachel Proctor May
   *Counsel*

FEDERAL COMMUNICATIONS
   COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

*Counsel for Respondent Federal
   Communications Commission*

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>113</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

/s/ *Rachel May*
Rachel May
*Counsel for Respondent*
*Federal Communications Commission*

# CERTIFICATE OF FILING AND SERVICE

I, Rachel Proctor May, hereby certify that on May 22, 2024, I filed the foregoing Respondent Federal Communications Commission's Unopposed Motion to Consolidate with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Rachel Proctor May*

Rachel Proctor May
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740