# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-60219    National Relig Broadcasters v. FCC
               Agency No. 24-18
               Agency No. 24-18

The court has granted the motion to consolidate.

             Sincerely,

             LYLE W. CAYCE, Clerk

             By: _____
             Roeshawn Johnson, Deputy Clerk
             504-310-7998

Ms. P. Michele Ellison
Mr. Merrick Garland, U.S. Attorney General
Mr. Jared Kelson
Mr. Jacob Matthew Lewis
Mr. Rachel Proctor May
Mr. R. Trent McCotter
Ms. Jessica Thi Nyman

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

---

Case No. 24-60219

---

National Religious Broadcasters; American Family Association,

Petitioners

v.

Federal Communications Commission; United States of America,

Respondents

consolidated with

---

No. 24-60226

---

Texas Association of Broadcasters,

Petitioner

v.

Federal Communications Commission; United States of America,

Respondents