No. 24-60219

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

NATIONAL RELIGIOUS BROADCASTERS
and AMERICAN FAMILY ASSOCIATION,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Order of
the Federal Communications Commission

## CERTIFIED INDEX OF ITEMS IN THE RECORD

The Federal Communications Commission herewith files a certified list of items constituting the record of Commission proceedings in the above captioned case. The filing consists of (1) a list of items constituting the record and (2) certificate of the Commission's Secretary.

June 17, 2024                               Respectfully submitted,

*/s/ Rachel Proctor May*

Rachel Proctor May
  *Counsel*

FEDERAL COMMUNICATIONS
COMMISSION
WASHINGTON, D.C.  20554
(202) 418-1740

In the Matter of
Review of the Commission's Broadcast and Cable
Equal Employment Opportunity Rules and Policies

MB Docket No. 98-204

| Date Received | Name of Filers(s) | Type of Filing |
|---|---|---|
| 2/22/2024 | Federal Communications Commission | FOURTH REPORT AND ORDER, ORDER ON RECONSIDERATION, AND SECOND FURTHER NOTICE OF PROPOSED RULEMAKING |
| 2/21/2024 | The Leadership Conference on Civil and Human Rights, et al. | NOTICE OF EXPARTE |
| 10/12/2023 | The Leadership Conference on Civil and Human Rights | NOTICE OF EXPARTE |
| 5/12/2023 | Noelani | MOTION FOR EXTENSION OF TIME |
| 4/18/2023 | United Church of Christ Media Justice Ministry | NOTICE OF EXPARTE |
| 11/18/2022 | Arjuna Capital, et al. | LETTER |
| 9/29/2022 | Leadership Conference on Civil and Human Rights | LETTER |
| 8/10/2022 | Asian Americans Advancing Justice - AAJC, et al. | COMMENT |
| 4/29/2022 | The Leadership Conference on Civil and Human Rights | LETTER |
| 4/7/2022 | National Association of Broadcasters (NAB) | NOTICE OF EXPARTE |
| 3/17/2022 | The Leadership Conference on Civil and Human Rights | LETTER |
| 3/17/2022 | The Leadership Conference on Civil and Human Rights | LETTER |
| 3/10/2022 | United Church of Christ Media Justice Ministry | LETTER |
| 3/4/2022 | MMTC | NOTICE OF EXPARTE |
| 3/3/2022 | National Association of Broadcasters | NOTICE OF EXPARTE |
| 2/24/2022 | National Association of Broadcasters | NOTICE OF EXPARTE |
| 2/7/2022 | National Association of Broadcasters | NOTICE OF EXPARTE |
| 11/2/2021 | State Broadcasters Associations | REPLY TO COMMENTS |
| 11/1/2021 | National Association of Broadcasters (NAB) | REPLY TO COMMENTS |
| 10/1/2021 | Center for Workplace Compliance | COMMENT |
| 9/30/2021 | Foster Garvey Coalition | COMMENT |
| 9/30/2021 | National Association of Broadcasters | COMMENT |
| 9/30/2021 | The Leadership Conference on Civil and Human Rights | COMMENT |
| 9/29/2021 | MMTC, et al. | COMMENT |
| 9/16/2021 | MMTC | NOTICE OF EXPARTE |
| 9/2/2021 | Media Bureau | PUBLIC NOTICE |
| 9/1/2021 | MMTC | NOTICE OF EXPARTE |
| 8/27/2021 | MMTC | NOTICE OF EXPARTE |
| 8/19/2021 | MMTC | NOTICE OF EXPARTE |
| 8/4/2021 | MMTC | LETTER |
| 7/29/2021 | One Ministries, Inc. | COMMENT |
| 7/26/2021 | Federal Communications Commission | FURTHER NOTICE OF PROPOSED RULEMAKING |
| 4/2/2021 | National Association of Broadcasters (NAB) | NOTICE OF EXPARTE |
| 3/26/2021 | National Association of Broadcasters (NAB) | NOTICE OF EXPARTE |
| 7/23/2020 | Charlene Damato, et al. | APPEAL |
| 12/11/2019 | MMTC | LETTER |
| 11/5/2019 | EEO Supporters | REPLY TO COMMENTS |
| 11/5/2019 | EEO Supporters | REPLY TO COMMENTS |

In the Matter of
Review of the Commission's Broadcast and Cable
Equal Employment Opportunity Rules and Policies

MB Docket No. 98-204

| Date Received | Name of Filers(s) | Type of Filing |
|---|---|---|
| 11/5/2019 | The Leadership Conference on Civil and Human Rights | REPLY TO COMMENTS |
| 9/21/2019 | EEO Supporters | COMMENT |
| 9/3/2019 | MMTC | LETTER |
| 2/7/2019 | EEO Supporters | NOTICE OF EXPARTE |
| 1/31/2019 | EEO Supporters | NOTICE OF EXPARTE |
| 1/11/2019 | EEO Supporters | NOTICE OF EXPARTE |
| 1/10/2019 | EEO Supporters | NOTICE OF EXPARTE |
| 6/1/2018 | MMTC and NABOB | NOTICE OF EXPARTE |
| 5/30/2018 | EEO Supporters | RESPONSE |
| 5/1/2018 | EEO Supporters | COMMENT |
| 6/2/2017 | MMTC | LETTER |
| 4/13/2017 | MMTC | LETTER |
| 2/15/2017 | MMTC | REPLY TO COMMENTS |
| 1/30/2017 | Alpha Media LLC, et al. | COMMENT |
| 1/30/2017 | MMTC | COMMENT |
| 12/15/2016 | Media Bureau | PUBLIC NOTICE |
| 12/12/2016 | Sun Valley Radio, Inc., et al. | PETITION FOR RULEMAKING |
| 12/5/2016 | MMTC | NOTICE OF EXPARTE |
| 12/5/2016 | MMTC | NOTICE OF EXPARTE |
| 12/5/2016 | MMTC | NOTICE OF EXPARTE |
| 12/5/2016 | MMTC | NOTICE OF EXPARTE |
| 10/28/2011 | MMTC | NOTICE OF EXPARTE |
| 10/19/2011 | MMTC | NOTICE OF EXPARTE |
| 9/30/2011 | MMTC | NOTICE OF EXPARTE |
| 9/28/2011 | MMTC | NOTICE OF EXPARTE |
| 9/9/2011 | MMTC | NOTICE OF EXPARTE |
| 9/7/2011 | MMTC | NOTICE OF EXPARTE |
| 8/12/2011 | MMTC | NOTICE OF EXPARTE |
| 8/1/2011 | MMTC | OTHER |
| 7/27/2011 | Public Interest Parties | NOTICE OF EXPARTE |
| 7/12/2011 | MMTC | NOTICE OF EXPARTE |
| 2/22/2011 | 23 National Organizations | LETTER |
| 10/6/2010 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 3/24/2010 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 3/18/2010 | Minority Media and Telecommunications Council | LETTER |
| 2/17/2010 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 2/16/2010 | AAJC et al. | LETTER |
| 11/16/2009 | Minority Media and Telecommunications Council | COMMENT |
| 11/16/2009 | Minority Media and Telecommunications Council | COMMENT |
| 9/14/2009 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 7/31/2009 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 5/22/2009 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 5/11/2009 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 1/29/2009 | MMTC, NABOB, SBA, MAP, PPM Coalition | NOTICE OF EXPARTE |
| 11/24/2008 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 8/26/2008 | Media Bureau | PUBLIC NOTICE |
| 7/3/2008 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |

In the Matter of
Review of the Commission's Broadcast and Cable
Equal Employment Opportunity Rules and Policies

MB Docket No. 98-204

| Date Received | Name of Filers(s) | Type of Filing |
|---|---|---|
| 6/30/2008 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 6/18/2008 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 6/10/2008 | Named State Broadcasters Associations | AMENDMENT |
| 6/6/2008 | Minority Media and Telecommunications Council | REPLY TO COMMENTS |
| 6/6/2008 | Named State Broadcasters Associations | REPLY TO COMMENTS |
| 6/6/2008 | National Association of Broadcasters | REPLY TO COMMENTS |
| 6/5/2008 | Minority Media and Telecommunications Council | NOTICE OF EXPARTE |
| 5/27/2008 | Louisiana Association of Broadcasters | NOTICE OF EXPARTE |
| 5/27/2008 | Louisiana Association of Broadcasters | NOTICE OF EXPARTE |
| 5/22/2008 | BIA Financial Network | LETTER |
| 5/22/2008 | Minority Media and Telecommunications Council | COMMENT |
| 5/22/2008 | Named State Broadcasters Associations | COMMENT |
| 5/22/2008 | National Association of Broadcasters | COMMENT |
| 4/11/2008 | Media Bureau | PUBLIC NOTICE |
| 4/11/2008 | Media Bureau | PUBLIC NOTICE |
| 9/17/2004 | Named State Broadcasters Associations | REPLY TO OPPOSITION TO PETITION FOR RECONSIDERATION |
| 9/7/2004 | NOW et al. | OPPOSITION TO PETITION FOR RECONSIDERATION |
| 8/10/2004 | R.I.C. | PUBLIC NOTICE |
| 8/9/2004 | NAB | REPLY TO COMMENTS |
| 8/9/2004 | Named State Broadcasters Associations | REPLY TO COMMENTS |
| 8/9/2004 | National Organization for Women et al. | REPLY TO COMMENTS |
| 8/9/2004 | VIrginia Association of Broadcasters | REPLY TO COMMENTS |
| 7/29/2004 | Named State Broadcasters Associations | COMMENT |
| 7/29/2004 | National Association of Broadcasters | COMMENT |
| 7/29/2004 | National Organization for Women et al. | COMMENT |
| 7/23/2004 | Alabama Broadcasters Association et al. | PETITION FOR RECONSIDERATION |
| 7/1/2004 | Media Bureau | ORDER |
| 6/30/2004 | NOW et al. | MOTION FOR EXTENSION OF TIME |
| 6/22/2004 | Office of General Counsel | LETTER |
| 6/21/2004 | State Broadcasters Association | REQUEST |
| 4/19/2004 | Federal Communications Commission | THIRD REPORT AND ORDER AND FOURTH NOTICE OF PROPOSED RULEMAKING |

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

NATIONAL RELIGIOUS BROADCASTERS
and AMERICAN FAMILY ASSOCIATION,

*Petitioners*,

v.

FEDERAL COMMUNICATIONS COMMISSION and
UNITED STATES OF AMERICA,

*Respondents*.

## CERTIFICATE OF MARLENE H. DORTCH, SECRETARY FEDERAL COMMUNICATIONS COMMISSION

I, Marlene H. Dortch, Secretary, Federal Communications Commission, do hereby certify that the preceding list is a true and correct list of items in the record of the proceedings before the Federal Communications Commission pertinent to the above-captioned case.

Witness my hand and Seal of the Federal Communications Commission this 17th day of June 2024.

FEDERAL COMMUNICATIONS COMMISSION

*Marlene H. Dortch*

Marlene H. Dortch
*Secretary*

## CERTIFICATE OF FILING AND SERVICE

    I, Rachel Proctor May, hereby certify that on June 17, 2024, I filed the foregoing Certified Index of Items in the Record with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                  */s/ Rachel Proctor May*

                                                  Rachel Proctor May
                                                  Counsel

                                                  Federal Communications
                                                  Commission
                                                  Washington, D.C. 20554
                                                  (202) 418-1740