# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 12, 2024

Ms. Jessica Thi Nyman
Pillsbury Winthrop Shaw Pittman, L.L.P.
401 Congress Avenue
Suite 1700
Austin, TX 78701

      No. 24-60226   Texas Assoc of Bcasts v. FCC
                  Agency No. 24-18
                  Agency No. 24-18

Dear Ms. Nyman,

We received your motion to extend time to file briefs.  In light
of the case is consolidated and all filings must be filed in the
lead case 24-60219. Therefore, we are taking no action on this
motion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Ms. P. Michele Ellison
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Jared Kelson
    Mr. Jacob Matthew Lewis
    Mr. Rachel Proctor May
    Mr. R. Trent McCotter
    Mr. Robert B. Nicholson
    Mr. Robert J. Wiggers