# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

NATIONAL RELIGIOUS BROADCASTERS AND
AMERICAN FAMILY ASSOCIATION,

   *Petitioners*,

              v.

FEDERAL COMMUNICATIONS COMMISSION
and UNITED STATES OF AMERICA,

   *Respondents*.

No. 24-60219
(consolidated with No. 24-60226)

## RESPONDENTS' OPPOSITION TO MOTION FOR EXTENSION

Respondents oppose petitioners' request for a 30-day extension of time to file their opening briefs. Given the importance of the case, respondents believe that it should be briefed and argued without delay, and that the current schedule allows ample time for the parties to present their arguments to the Court.

| | |
|---|---|
| Dated: July 12, 2024 | Respectfully submitted, |
| /s/ *Robert J. Wiggers* | /s/ *Rachel Proctor May* |
| | P. Michele Ellison<br>   *General Counsel* |
| | Jacob M. Lewis<br>   *Deputy General Counsel* |
| | Rachel Proctor May<br>   *Counsel* |
| Robert B. Nicholson<br>Robert J. Wiggers<br>   *Attorneys* | FEDERAL COMMUNICATIONS<br>   COMMISSION |
| U.S. DEPARTMENT OF JUSTICE<br>ANTITRUST DIVISION<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530 | 45 L Street NE<br>Washington, DC 20554<br>(202) 418-1740<br>fcclitigation@fcc.gov |
| *Counsel for Respondent<br>   United States of America* | *Counsel for Respondent Federal<br>   Communications Commission* |

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

   ☒ this document contains <u>50</u> words, *or*

   ☐ this document uses a monospaced typeface and contains _____ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word for Office 365</u> in <u>14-point Century Schoolbook</u>, *or*

   ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

>  /s/ *Rachel Proctor May*
>  Rachel Proctor May
>  *Counsel for Respondent*
>  *Federal Communications Commission*

## CERTIFICATE OF FILING AND SERVICE

I, Rachel Proctor May, hereby certify that on July 12, 2024, I filed the foregoing Respondents' Opposition to Motion for Extension with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Rachel Proctor May*

Rachel Proctor May
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740
