# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 16, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-60219   National Relig Broadcasters v. FCC  
                 Agency No. 24-18  
                 Agency No. 24-18

The court has granted an extension of time to and including August 28, 2024, for filing petitioners' brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Majella A. Sutton, Deputy Clerk  
504-310-7680

Ms. P. Michele Ellison  
Mr. Merrick Garland, U.S. Attorney General  
Mr. Jared Kelson  
Mr. Jacob Matthew Lewis  
Mr. Rachel Proctor May  
Mr. R. Trent McCotter  
Mr. Robert B. Nicholson  
Ms. Jessica Thi Nyman  
Mr. Robert J. Wiggers