**BOYDEN GRAY PLLC**
801 17TH STREET NW, SUITE 350
WASHINGTON, DC 20006
(202) 955-0620

August 28, 2024

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Declarations in Support of Article III Standing in *National Religious Broadcasters v. Federal Communications Commission*, No. 24-60219; *Texas Association of Broadcasters v. Federal Communications Commission*, No. 24-60226

Dear Mr. Cayce,

The attached exhibits are filed by Petitioners National Religious Broadcasters, American Family Association, and Texas Association of Broadcasters in support of their standing to sue under Article III of the U.S. Constitution.

Respectfully submitted,

/s/ Jessica T. Nyman
Jessica T. Nyman

*Counsel for Petitioner Texas Association of Broadcasters*

/s/ Jared M. Kelson
Jared M. Kelson

*Counsel for Petitioners National Religious Broadcasters and American Family Association*

cc:   All Counsel