# Ex. 1

# <u>DECLARATION OF ABRAHAM HAMILTON, III</u>

1. My name is Abraham Hamilton, III. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge and are submitted solely in my own capacity.

2. I am the General Counsel of American Family Association (AFA), a non-profit 501(c)(3) organization founded in 1977. AFA's principal office is in Tupelo, Mississippi.

3. American Family Radio (AFR) is the broadcast division of AFA. Beginning in 1991 and continuing strong today, AFR broadcasts its programming to 168 radio stations in over 30 states across the country. AFR's principal office is in Tupelo, Mississippi.

4. Pursuant to the Federal Communications Commission's recent *Fourth Report and Order, Order on Reconsideration, and Second Further Notice of Proposed Rulemaking* ("Order"), FCC 24-18 (rel. Feb. 22, 2024), AFA would have to submit the required Form 395-B pursuant to the Order because it is a "licensee or permittee of a commercially or noncommercially operated AM, FM, TV, Class A TV or International Broadcast station with five or more full-time employees." Order at 38 App'x A.

5. AFA has approximately 114 full-time employees.

6. AFA is opposed to the Order because it is unlawful and because the disclosures it mandates will inevitably lead to public campaigns designed to pressure covered entities, including AFA, to make hiring decisions on the basis of protected categories like race and sex. That is not only wrong but also illegal under numerous federal laws.

7. The FCC's long history of using the Form 395-B process to pressure racialized hiring is confirmation both of the purpose of the Order and its certain effects.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2024.