# Ex. 2

# DECLARATION OF MICHAEL P. FARRIS

1. My name is Michael P. Farris. I am over the age of 18 and am competent to submit this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. I am the General Counsel of the National Religious Broadcasters ("NRB") Association, a non-profit organization whose members include radio and television broadcasters that are subject to the Federal Communications Commission's recent *Fourth Report and Order, Order on Reconsideration, and Second Further Notice of Proposed Rulemaking*, FCC 24-18 (rel. Feb. 22, 2024), entered in relevant part as *Review of the Commission's Broadcast and Cable Equal Employment Opportunity Rules and Policies*, 89 Fed. Reg. 36705 (May 3, 2024).

3. NRB members "rely on the association for professional education, training, networking, and support, as well as for strategic representation in important legislative, legal, and regulatory arenas." Nat'l Religious Broads., *Membership*, https://nrb.org/membership (visited Aug. 26, 2024).

4. The American Family Association is a member of NRB in good standing.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 28, 2024          /s/ Michael P. Farris

                                 Michael P. Farris
                                 General Counsel, NRB