# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 30, 2024

Mr. Jacob Matthew Lewis
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. Rachel Proctor May
Federal Communications Commission
Office of General Counsel - Litigation Division
45 L Street, N.E.
Washington, DC 20554

Mr. William Scher
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

  No. 24-60219  National Relig Broadcasters v. FCC
          Agency No. 24-18
          Agency No. 24-18

Dear Mr. Lewis, Mr. May, Mr. Scher,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

The caption on the brief does not match the Court's Official Caption as required by FED. R. APP. P. 32(a)(2)(C). See the Official Caption, below:

---

Case No. 24-60219

National Religious Broadcasters; American Family Association,

        Petitioners

v.

Federal Communications Commission; United States of America,

        Respondents

consolidated with
_____

No. 24-60226
_____

Texas Association of Broadcasters,

        Petitioner

v.

Federal Communications Commission; United States of America,

        Respondents

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

        Sincerely,

        LYLE W. CAYCE, Clerk

        /s/ Rebecca Andry

        By: _____
        Rebecca Andry, Deputy Clerk
        504-310-7638

cc:
    Ms. P. Michele Ellison
    Mr. Jared Kelson

Mr. R. Trent McCotter
Mr. Robert B. Nicholson
Ms. Jessica Thi Nyman
Mr. Robert J. Wiggers