# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

October 07, 2024

Mr. Robert B. Nicholson
U.S. Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 3224
Washington, DC 20530-0001

Mr. William Scher
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

Mr. Robert J. Wiggers
U.S. Department of Justice
Antitrust Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Suite 3224
Washington, DC 20530-0001

　　No. 24-60219　National Relig Broadcasters v. FCC
　　　　　　　　　　USDC No. 24-18
　　　　24-60226　Texas Assoc of Broadcasters v. FCC
　　　　　　　　　　USDC No. 24-18

Dear Mr. Nicholson, Mr. Scher, and Mr. Wiggers,

The following pertains to your brief electronically filed on September 27, 2024.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Signature, see Fed. R. App. P. 32(d).

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and

you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc: Ms. P. Michele Ellison
    Mr. Jared Kelson
    Mr. Jacob Matthew Lewis
    Mr. Rachel Proctor May
    Mr. R. Trent McCotter
    Ms. Jessica Thi Nyman