# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 08, 2024

Ms. Michaele Turnage Young
NAACP Legal Defense & Educational Fund, Incorporated
700 14th Street, N.W.
Suite 600
Washington, DC 20005

    No. 24-60219   National Relig Broadcasters v. FCC
                          Agency No. 24-18
                          Agency No. 24-18

Dear Ms. Turnage Young,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with Fed. R. App. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

We are taking no action on your motion to file amicus brief, because consent was given by all parties a motion is not necessary.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. **If you fail to electronically file the form, the brief will be stricken and returned unfiled.**

**Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief,** via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is

sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:　Ms. P. Michele Ellison
　　　Mr. Jared Kelson
　　　Mr. Jacob Matthew Lewis
　　　Mr. Rachel Proctor May
　　　Mr. R. Trent McCotter
　　　Mr. Robert B. Nicholson
　　　Ms. Jessica Thi Nyman
　　　Mr. William Scher
　　　Mr. Robert J. Wiggers

Case No. 24-60219

National Religious Broadcasters; American Family Association,

          Petitioners

v.

Federal Communications Commission; United States of America,

          Respondents

consolidated with

---

No. 24-60226

---

Texas Association of Broadcasters,

          Petitioner

v.

Federal Communications Commission; United States of America,

         Respondents