# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. __24-60219 & 24-60226__

Nat'l Religious Broadcasters, et al. vs. Federal Communications Commission, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for __See Attachment A.__

(Please list names of all parties represented, attach additional pages if necessary.)

The party(s) I represent IN THIS COURT   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☐ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Michaele N. Turnage Young
(Signature)

mturnageyoung@naacpldf.org
(e-mail address)

Michaele N. Turnage Young
(Type or print name)

DC State Bar No. 242398
(State/Bar No.)

Senior Counsel
(Title, if any)

NAACP Legal Defense & Educational Fund, Inc.
(Firm or Organization)

Address __700 14th Street NW Suite 600__

City & State __Washington, D.C.__   Zip __20005__

Primary Tel. __(202) 216-5567__   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** __Michaele N. Turnage Young__

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
☑ Yes   ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
__theDove Media v. FCC, No. 24-60407 (petition for review of same agency action)__

Name of Court or Agency __U.S. Court of Appeals for the Fifth Circuit__

Status of Appeal (if any) __docketed__

Other Status (if not appealed) _____

**NOTE:** Attach sheet to give further details.

DKT-5A REVISED June 2023

Attachment A

The Clerk will enter my appearance as Counsel for:

NAACP Legal Defense and Educational Fund, Inc.
Asian Americans Advancing Justice | AAJC
National Women's Law Center
Office of Communications of the United Church of Christ, Inc.
National Partnership for Women and Families
The Global Black Economic Forum
LatinoJustice PRLDEF
National Center for Lesbian Rights
Southern Poverty Law Center