# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 01, 2024

Mr. William Scher
Federal Communications Commission
Office of General Counsel
45 L Street, N.E.
Washington, DC 20554

    No. 24-60219   National Relig Broadcasters v. FCC
                             Agency No. 24-18
                             Agency No. 24-18

Dear Counsel,

We received your appellee's brief. Briefing is complete. The appellee's brief was filed on September 27, 2024. We are taking no action on this document.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Rebecca Andry, Deputy Clerk
                            504-310-7808

cc:
    Mr. Noah Baron
    Mr. Jared Kelson
    Mr. R. Trent McCotter
    Ms. Jessica Thi Nyman
    Ms. Michaele Turnage Young