

Federal Communications Commission
Washington, D.C. 20554

November 4, 2024

**<u>BY ELECTRONIC FILING</u>**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    RE:   *National Religious Broadcasters, et al. v. FCC*, No. 24-60219
           *Texas Association of Broadcasters v. FCC*, No. 24-60226

Dear Mr. Cayce:

    Please find attached the final version of the Brief for Respondents in the above referenced cases pursuant to Federal Rule of Appellate Procedure 30(c)(2)(B). The attached final version of the Brief contains no substantive changes from the initial version of Respondents' brief, filed on September 27, 2024. The attached final version contains references to the pages of the appendix filed on October 18, 2024.

                                          Respectfully submitted,

                                          */s/ William J. Scher*

                                          William J. Scher
                                            *Counsel*