# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 05, 2024

Mr. Jared Kelson
Boyden Gray, P.L.L.C.
800 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20006

Ms. Jessica Thi Nyman
Pillsbury Winthrop Shaw Pittman, L.L.P.
401 Congress Avenue
Suite 1700
Austin, TX 78701

    No. 24-60219   National Relig Broadcasters v. FCC
                         Agency No. 24-18
                         Agency No. 24-18

Dear Mr. Kelson, Ms. Nyman,

We received your petitioner's revised brief. Briefs with non-substantive edits should be filed with a letter. We are taking no action on this document.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca Andry, Deputy Clerk
                          504-310-7638

cc:
    Mr. Noah Baron
    Ms. P. Michele Ellison
    Mr. Jacob Matthew Lewis
    Mr. Rachel Proctor May
    Mr. R. Trent McCotter
    Mr. Robert B. Nicholson
    Mr. William Scher

```
Ms. Michaele Turnage Young
Mr. Robert J. Wiggers
```