**BOYDEN GRAY PLLC**
800 CONNECTICUT AVE NW, SUITE 900
WASHINGTON, DC 20006
(202) 955-0620

November 6, 2024

Honorable Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   *National Religious Broadcasters v. FCC*, No. 24-60219
      *Texas Association of Broadcasters v. FCC*, No. 24-60226

Dear Mr. Cayce:

Pursuant to Federal Rule of Appellate Procedure 30(c)(2)(B), attached please find a revised Opening Brief for Petitioners with citations to the joint appendix. The revised brief includes no substantive changes from the initial version filed on August 28, 2024.

                                        Respectfully,

/s/ *Jessica T. Nyman*                  /s/ *Jared M. Kelson*

PILLSBURY WINTHROP SHAW                 BOYDEN GRAY PLLC
  PITTMAN LLP                           800 Connecticut Ave NW
401 Congress Ave, Suite 1700              Suite 900
Austin, TX 78701                        Washington, DC 20006
(512) 580-9645                          (202) 955-0620
jessica.nyman@pillsburylaw.com          jkelson@boydengray.com

*Counsel for Texas Association of*      *Counsel for National Religious*
*Broadcasters*                          *Broadcasters and American*
                                        *Family Association*

cc:   All Counsel