# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2024

No. 24-60219     National Relig Broadcasters v. FCC
                 USDC No. 24-18
                 USDC No. 24-18

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue; record excerpts must be white; Appellee's brief must be red; Appellant's reply brief must be gray. Amicus brief must be green. You may refer to Fed. R. App. P. 32 for guidance.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Noah Baron
Ms. P. Michele Ellison
Mr. Jared Kelson
Mr. Jacob Matthew Lewis
Mr. Rachel Proctor May
Mr. R. Trent McCotter
Mr. Robert B. Nicholson
Ms. Jessica Thi Nyman
Mr. William Scher
Ms. Michaele Turnage Young

Mr. Robert J. Wiggers