

U.S. Department of Justice

Antitrust Division

*RFK Main Justice Building*

*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530-0001*

January 30, 2025

**BY ELECTRONIC FILING**

Lyle W. Cayce, Clerk of Court
United States Court of Appeals
 for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

    **Re:** ***Response by Respondent United States of America to Petitioners' Rule 28(j) Letter in National Religious Broadcasters v. FCC, No.24-60219, and Texas Association of Broadcasters v. FCC, No. 24-60226***

Dear Mr. Cayce:

    I write to respond to Petitioners' 28(j) letter submitted January 24, 2025. The United States acknowledges that much of the Federal Communications Commission's data collection through Form 395-B is mandated by statute. *See* 47 U.S.C. § 334. Nevertheless, to the extent such data collection is not statutorily required and is inconsistent with recent Executive Orders, including *Defending Women from Gender Extremism and Restoring Biological Truth to the Federal Government* (Jan. 20, 2025) and *Ending Illegal Discrimination and Restoring Merit-Based Opportunity* (Jan. 21, 2025), the United States no longer subscribes to the views in the Brief for Respondents submitted November 4, 2024.

                                                        Sincerely,

                                                        /s/ Robert J. Wiggers

                                                        Robert J. Wiggers
                                                        Attorney
                                                        U.S. Department of Justice
                                                        Antitrust Division
                                                        950 Pennsylvania Ave., N.W.
                                                        Washington, D.C. 20530, Room 3224
                                                        Telephone: (202)
                                                        Facsimile: (202) 524-0536
                                                        Email: robert.wiggers@usdoj.gov