

Federal Communications Commission

Office of General Counsel—Litigation Division

45 L Street NE • Washington, DC 20554

Tel: (202) 418-1740 • Fax: (202) 418-2819

February 5, 2025

Lyle W. Cayce, Clerk
United States Court of Appeals
   for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: *National Religious Broadcasters v. FCC*, No. 24-60219, and *Texas Association of Broadcasters v. FCC*, No. 24-60226 (argued February 4, 2025)

Dear Mr. Cayce:

At oral argument in the above-captioned case yesterday, members of the Court asked about the current status of the Commission's order under review, and in particular whether the order is likely to be changed or revised in light of the change in Administrations.

As the Court was informed, the order is currently in effect, and has not been revised or withdrawn. However, in light of recent Executive Orders, the Commission no longer defends paragraphs 39 and 40 of the order, which updated Form 395-B to include the collection of non-binary gender information.

The five-member Commission is currently composed of two members who voted for the order under review, and two (including the current Chairman) who voted against it. Under the circumstances, there are no current plans to propose withdrawal or revision of the order for Commission vote. There therefore remains a live controversy between the parties over the order's lawfulness.

Respectfully submitted,

/s/ William J. Scher

William J. Scher
*Counsel*

cc: Counsel of Record (via CM/ECF)